# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J & J Sports Productions, Inc., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program, Plaintiff, -against- Howard L. Arenkill, et al, Defendants. | FILED: JULY 2, 2008 08CV3770 JUDGE SHADUR MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Plaintiff, J & J Sports Productions, Inc.

| NAME (Type or print) |
|---|
| Julie Cohen Lonstein, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie Cohen Lonstein |
| FIRM |
| Lonstein Law Office, P.C. |
| STREET ADDRESS |
| 1Terrace Hill, P.O. Box 351 |
| CITY/STATE/ZIP |
| Ellenville, New York 12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90784647 | (845)674-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐