# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J & J Sports Productions, Inc., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program, Plaintiff, -against- Howard L. Arenkill, et al, Defendants.s | FILED: JULY 2, 2008<br>08CV3770<br>JUDGE SHADUR<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Plaintiff, J & J Sports Productions, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Sheldon S. Gomberg, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sheldon S. Gomberg | |
| FIRM | |
| STREET ADDRESS<br>134 North La Salle Street, Suite 1208 | |
| CITY/STATE/ZIP<br>Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1003984 | TELEPHONE NUMBER<br>(312)236-7414 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |