UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 10, 2007 Cotto/Mosley** Program,

        Plaintiff,

-against-

HOWARD L. ARENKILL, Individually, and as officer, director, shareholder and/or principal of ESPEJOES, INC. d/b/a SON RISAS a/k/a SONRISAS, and ESPEJOES, INC. d/b/a SON RISAS a/k/a SONRISAS,

        Defendants.

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No.

FILED: JULY 2, 2008
08CV3770
JUDGE SHADUR
MAGISTRATE JUDGE BROWN

PH

---

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: July 1, 2008
       Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    Bar Roll No. 90784647
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY 12428
    Telephone: (845) 647-8500
    Facsimile: (845) 647-6277
    Email: Info@signallaw.com
    *Our File No. 07-16IL-N03V*