# Affidavit of Process Server

I+J Sports Production, inc vs Howard L. Arenkill et al  08CV3770

**PLAINTIFF/PETITIONER** _____ **DEFENDANT/RESPONDENT** _____ **CASE #**

Being duly sworn, on my oath, I _Karh Brown_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _EspeJoes, INC_
_____
**NAME OF PERSON/ENTITY BEING SERVED**

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons + complaint, Plaintiffs disclosure statement, Designation of local counsel + Appearance.

by serving (NAME) _Joe Filas Owner_

at ☐ Home _____

☒ Business _13 N. Broadway_

☒ on (DATE) _7-13-08_ at (TIME) _10 22 AM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _Joe Filas Owner_

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____

☐ Address Does Not Exist    ☐ Service Cancelled by Litigant

☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

## Service Attempts:

Service was attempted on: ( )_____ , ( )_____

( )_____ , ( )_____ , ( )_____

**DATE TIME**

## Description:

☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☒ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
  ☐ Yellow Skin   ☐ Blond Hair     ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
  ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

_Karl Brown_
**SERVED BY**
**LASALLE PROCESS SERVERS**

Subscribed and sworn to before me,
a notary public, this _15_ day of _July_, 20_0_

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC _____

**NARPS**

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.**

O 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the November 10, 2007
Cotto/Mosley Program,

        Plaintiff.

V.

HOWARD L. ARENKILL, Individually, and as officer,
director, shareholder and/or principal of ESPEJOES, INC.
d/b/a SON RISAS a/k/a SONRISAS, and ESPEJOES,
INC. d/b/a SON RISAS a/k/a SONRISAS,
        Defendants.

CASE NUMBER:    08CV3770

ASSIGNED JUDGE:    JUDGE SHADUR

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

ESPEJOES, INC. d/b/a SON RISAS a/k/a SONRISAS
13 N. Broadway
Aurora, IL 60505        Our File No. 07-161L-N03V

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    LONSTEIN LAW OFFICE, P.C.
    1 Terrace Hill, P.O. Box 351
    Ellenville, New York  12428
    Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mic **Michael W. Dobbins, Clerk**

(By) (By) DEPUTY CLERK

**July 2, 2008**

Date

