# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Illinois

Case Number: 08C3770

Plaintiff:
**J & J Sports Productions, Inc.**

vs.

Defendant:
**Howard L. Arenkill et al**

For:
Mountain Support Services, Inc.
1 Terrace Hill Po Box 615
Ellenville, NY 12428

Received by STO Investigations, Inc. to be served on **Espejoes, Inc DBA Son Risas AKA Sonrisas, 13 North Broadway, Aurora, IL 60505.**

I, Michael Golden, being duly sworn, depose and say that on the **5th day of August, 2008 at 11:00 am, I:**

**CORPORATE:** served by delivering a true copy of the **Order** with the date and hour of service endorsed thereon by me, to: **Howard Arenkill** as **Authorized** for **Espejoes, Inc DBA Son Risas AKA Sonrisas**, at the address of: **11 North Broadway, Aurora, IL 60505**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 509, Weight: 180, Hair: Unknown, Glasses: N

I certify that I am over the age of 18 and not party to this action

Subscribed and Sworn to before me on the 6th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**Michael Golden**
Process Server

**STO Investigations, Inc.**
6006 W. 159th Street
Bldg D Unit 1w
Oak Forest, IL 60452
(708) 752-8800
Our Job Serial Number: 2008000280
Ref: 07-16IL-N03V

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2x