## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Illinois

Case Number: 08C3770

Plaintiff:
J & J Sports Productions, Inc.

vs.

Defendant:
Howard L. Arenkill et al

For:
Mountain Support Services, Inc.
1 Terrace Hill Po Box 615
Ellenville, NY 12428

Received by STO Investigations, Inc. to be served on Howard Arenkill, 11 North Broadway, Aurora, IL 60505.

I, Michael Golden, being duly sworn, depose and say that on the 5th day of August, 2008 at 11:00 am, I:

INDIVIDUAL/PERSONAL: served by delivering a true copy of the Order to: Howard Arenkill at the address of 11 North Broadway, Aurora, IL 60505 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 509, Weight: 150, Hair: Unknown, Glasses: N

I certify that I am over the age of 18 and not party to this action

OFFICIAL SEAL
Eric S. Blohm
Notary Public, State of Illinois
My Commission Expires 09-07-10

Subscribed and Sworn to before me on the 5th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Michael Golden
Process Server

STO Investigations, Inc.
4008 W. 159th Street
Bldg D Unit 1w
Oak Forest, IL 60452
(708) 752-6500
Our Job Serial Number: 2008000278
Ref: 07-18IL-N03V